U.S. MAGISTRATE COURT
JSH – SDTX
FILED

DEC 03 2012 DF

David J. Bradley, Clerk
Laredo Division

# J. SCOTT HACKER,
United States Magistrate Judge, Presiding

| | | | |
|---|---|---|---|
| Deputy Clerk | Debbie Flores | Open | 10:03 AM |
| Court Reporter | Veronica Cantu (ERO) | | |
| Court Interpreter | Zeph Pease/Ezequiel Quijano, not used | Adjourn | 10:09 AM |
| U.S. Pretrial | Julio Taboada | | |
| U.S. Probation | Martin Gutierrez | | |
| U.S. Marshal | Mike Russell/Patrick Martin | DATE | **December 3, 2012** |

Western District of Texas/San Antonio Division - Docket No. 5:12cr1063-1
Southern District of TX/Laredo Division - Docket No. 5:12mj1539-1

| | | |
|---|---|---|
| United States of America | § | Michelle Marshall/Gracie Rodriguez, AUSA |
| vs | § | |
| Gume Roberto Garza, Defendant | § | Marilu Cantu f/Jose Tellez Sr, retained |

## Courtroom Minutes
### Initial Appearance

✔ Initial appearance on **Warrant on Arrest**.

✔ Defendants first appearance. Dft. Advised of charges and rights.

✔ Defendant advised of charges.
  ✔ Indictment
  ☐ Violation of Pretrial Release
  ☐ Violation of Supervised Release Term
  ☐ Violation of Felony Probation
  ☐ Violation of Misdemeanor Probation
  ☐ Other:

✔ FINANCIAL AFFIDAVIT, executed and filed.

✔ Defendant appeared with Attorney Marilu Cantu.

Federal Public Defender, appointed.

Private Attorney, appointed. Next on list:  (not present in courtroom)

✔ No bond set.

✔ ID/Preliminary and Detention Hearings set for 12/06/12 at 10:00 AM in Courtroom 2C before US Magistrate Judge J. Scott Hacker.

Defendant advised Court of **medical condition**(s) or need(s):

✔ Defendant **remanded** to the custody of U.S. Marshals to be transported to Western District of Texas/San Antonio Division.

/df