UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

U.S. MAGISTRATE COURT
JSH – SDTX
FILED

DEC 03 2012  DF

David J. Bradley, Clerk
Laredo Division.

UNITED STATES OF AMERICA

v.                                                  Case No: 5:12-mj-1539-1
                                                    Judge J. SCOTT HACKER

GUME ROBERTO GARZA

---

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR
THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable J. Scott Hacker

**PLACE:**

Courtroom 2C
United States District Court
1300 Victoria Street
Laredo, Texas

**DATE:**        Thursday, 12/06/12

**TIME:**        10:00 A.M.

**TYPE OF PROCEEDING: ID/Detention/Preliminary Hearings**

Date: December 3, 2012

                                                    Clerk of the Court

cc:   AUSA
      JOSE TELLEZ SR