AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

U.S. MAGISTRATE COURT
JSH – SDTX
FILED

DEC 06 2012 DF

David J. Bradley, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

United States of America )
v. )
Cosme Roberto Gauzg ) Case No. 5:12mj01539-1
_Defendant_ )
)

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 12/6/12

_Defendant's signature_

_Signature of defendant's attorney_

Jose Salvador Tellez
_Printed name and bar number of defendant's attorney_

1102 Scott
_Address of defendant's attorney_

Stellez54@sbcglobal.net
_E-mail address of defendant's attorney_

(956) 725-0008
_Telephone number of defendant's attorney_

(956) 725-2823
_FAX number of defendant's attorney_