UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

U.S. MAGISTRATE COURT
JSH – SDTX
FILED

DEC - 7 2012  CLR

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | LAREDO NO. L-12-MJ-1539-01<br>SAN ANTONIO NO. SA-12-CR-1063 FB |
| GUME ROBERTO GARZA;<br>AKA: GUMERCINDO GARZA PEREZ;<br>AKA: GUMERCINDO P. PEREZ;<br>AKA: GUMERCINDO PEREZ GARZA;<br>AKA: GUME P. GARZA; AKA: GUME GARZA;<br>AKA: GERARDO VASQUEZ;<br>AKA: GERARDO VAZQUEZ | § | |

## ORDER

The Government did not proceed with the detention hearing and agreed with the recommendation made by the U.S. Pretrial Office for a bond.,The Court therefore hereby orders that the defendant's bond be set at **$150,000.00** bond, with a 5% cash deposit, and two co-sureties, along with the additional bond conditions as set out by Pretrial Services.

SIGNED, this 7th day of December, 2012.

J. SCOTT HACKER
United States Magistrate Judge

JSH/cr