AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

U.S. MAGISTRATE COURT
JSH – SDTX
FILED

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

DEC 06 2012   DF

David J. Bradley, Clerk
Laredo Division

United States of America   )
v.   )
Gume Roberto Gunza   )   Case No. 5:12 mj 01539-1
Defendant   )
  )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 12/6/12

_____
Defendant's signature

_____
Signature of defendant's attorney

Jose Salvadon Tellez
Printed name and bar number of defendant's attorney

1102 Scott
Address of defendant's attorney

Stellez54@sbcglobal.net
E-mail address of defendant's attorney

(956) 725-0008
Telephone number of defendant's attorney

(956) 725-2823
FAX number of defendant's attorney